GREGORY A. BEROZA, Appellant, v MICHELE A. HENDLER, Respondent.

Submitted September 20, 2010; decided November 18, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.